IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CLYDE PITT,**                                              04-CV-1500-HU

      **Plaintiff,**

                                          ORDER

**v.**

**JOANNE B. BARNHART,**
**Commissioner of Social**
**Security,**

      **Defendant.**


**ALAN STUART GRAF**
**KIMBERLY K. TUCKER**
1020 S.W. Taylor Street
Suite 230
Portland, OR  97205
(503) 452-2375

    Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204
(503) 727-1053

1 - ORDER

**MICHAEL MCGAUGHRAN**
Office of the General Counsel
**STEPHANIE R. MARTZ**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2272

      Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Dennis J. Hubel issued Findings and Recommendation (#27) on January 4, 2006, in which he recommended the Court affirm the Commissioner's final determination denying Plaintiff's application for supplemental security income benefits under Title XVI of the Social Security Act.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

2 - ORDER

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#27).  Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 10th day of March, 2006

                /s/ Anna J. Brown

                _____
                ANNA J. BROWN
                United States District Judge